UNITED STATES

v.

WILLIAM ROBISON

1808

JOURNAL ENTRIES

1. Recognizance . . . . . . . . . *Journal, infra,* *p. 143
2. Jurors; verdict; discharge . . . . . . . . . . " 159

PAPERS IN FILE

[None]

UNITED STATES

v.

WILLIAM ROBISON

1808

JOURNAL ENTRIES

1. Recognizance . . . . . . . . . *Journal, infra,* *p. 144

PAPERS IN FILE

[None]